**Ed KARANY v. STATE.**

No. 19392.

Court of Criminal Appeals of Texas.

Dec. 19, 1934.

Wm. H. Scott, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully keeping a place for the purpose of gambling; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.